■ DANA S. HORVATH, as Executor of JUDITH L. HUTCHINSON, Deceased, Respondent, v JAMES M. HUTCHINSON, JR., as Administrator of the Estate of DAVID R. HUTCHINSON, Deceased, Appellant. [48 NYS3d 913]—Appeal from a judgment of the Supreme Court, Jefferson County (James P. McClusky, J.), entered June 26, 2015 in a divorce action. The judgment, among other things, granted a divorce, nunc pro tunc.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.

■ MOUNTAIN MEADOWS CAMPERS ASSOCIATION, INC., Appellant, v CAMPERS RESORTS, INC., et al., Respondents. [48 NYS3d 914]—Appeal from an order the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 28, 2015. The order, among other things, granted the cross motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.

■ JERAD M. ZARNOCH, Appellant, v ROBERT W. LUCKINA, Individually and Doing Business as ROB LUCKINA CONSTRUCTION, Respondent. (Appeal No. 1.) [48 NYS3d 914]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, J.), entered July 23, 2015. The order, among other things, denied the cross motion of plaintiff to dismiss the affirmative defense of special employment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Zarnoch v Luckina* ([appeal No. 2] 148 AD3d 1615 [2017]). Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.